UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | | |
|---|---|---|
| JEROME PASCAL, | ) | CV 12-00044-FMO (SH) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| MICHAEL McDONALD, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation. Accordingly, the Court accepts the findings and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and the action is dismissed with prejudice.

Dated this 17th day of April, 2014.

/s/
———————————————
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE