UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JEROME PASCAL, | ) CV 12-00044-FMO (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL McDONALD, Warden, | ) |
| | ) |
| Respondent. | ) |

    Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: April 17, 2014

                                              /s/
                              FERNANDO M. OLGUIN
                          UNITED STATES DISTRICT JUDGE